**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
                         (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**     SPL Partners, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   1 3 - 3 4 2 3 9 4 8
   EIN

5. **Debtor's address**

   **Principal place of business**

   540 Atlantic Avenue
   Number    Street

   Lower Level
   
   Brooklyn,            NY    11217
   City                 State  ZIP Code

   Kings
   County

   **Mailing address, if different**

   National Registered Agents, Inc.
   Number    Street

   1209 Orange Street
   P.O. Box

   Wilmington        DE   19801
   City              State ZIP Code

   **Location of principal assets, if different from principal place of business**

   9201 4th Avenue
   Number    Street

   Brooklyn,            NY    11209
   City                 State  ZIP Code

Debtor    **SPL Partners, LLC**             Case number (*if known*)_____
Name

---

**6. Debtor's website** (URL) _____

---

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the types of business listed.
☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes. Debtor _____ Relationship _____
      District _____ Date filed _____ Case number, if known _____
                                          MM / DD / YYYY

      Debtor _____ Relationship _____
      District _____ Date filed _____ Case number, if known _____
                                          MM / DD / YYYY

---

## Part 3: Report About the Case

**10. Venue**

Check one:

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  SPL Partners, LLC
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Xemex LLC, directly for | as assignee of $100,000 promissory note, and $547,983 in commissions | $ 649,938 |
| Angelo Gerosavas | promissory note | $ 100,000 |
| Stacey Angelides | promissory note | $ 30,000 |
| plus accrued interest. | | $ |
| | Total of petitioners' claims | $ 779,938 plus interest |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Name: Xemex LLC, directly and as assignee

Number Street: 540 Atlantic Avenue
City: Brooklyn,  State: NY  ZIP Code: 11217

Name and mailing address of petitioner's representative, if any

Name: _____
Number Street: _____
City: _____  State: _____  ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug. 24 2021

X _Steve Pappas_ Steve Pappas, Pres.
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name: Ralph E. Preite, Esq.

Firm name, if any: Koutsoudakis & Iakovou Law Group PLLC

Number Street: 90 Broad Street, 10th floor
City: New York,  State: NY  ZIP Code: 10009

Contact phone: 212-710-2629  Email: ralph@kilegal.com

Bar number: 2348373

State: NY

X _Ralph E. Preite_
Signature of attorney    Ralph E. Preite, Esq.

Date signed: Aug. 24 2021

Debtor: SPL Partners, LLC    Case number (if known) _____

**Name and mailing address of petitioner**
Stacey Angelides
8500 4th Ave.
Brooklyn, NY 11209

**Name and mailing address of petitioner's representative, if any**
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug. 24 2021

X /s/ Stacey Angelides
Signature of petitioner or representative, including representative's title

---

Ralph E. Preite, Esq.
Printed name
Koutsoudakis & Iakovou Law Group PLLC
Firm name, if any
90 Broad Street, 10th floor
New York, NY 10009
Contact phone 212-710-2629  Email ralph@kilegal.com
Bar number 2348373
State NY

X /s/ Ralph E. Preite, Esq.
Signature of attorney

Date signed Aug. 24 2021

---

**Name and mailing address of petitioner**
Angelo Gerosavas
238 91st Street
Brooklyn, NY 11209

**Name and mailing address of petitioner's representative, if any**
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug. 24 2021

X /s/ Angelo Gerosavas
Signature of petitioner or representative, including representative's title

---

Ralph E. Preite, Esq.
Printed name
Koutsoudakis & Iakovou Law Group PLLC
Firm name, if any
90 Broad Street, 10th floor
New York, NY 10009
Contact phone 212-710-2629  Email ralph@kilegal.com
Bar number 2348373
State NY

X /s/ Ralph E. Preite, Esq.
Signature of attorney

Date signed Aug. 24 2021