# DECLARATION OF STACEY ANGELIDES

I, Stacey Angelides, hereby declare as follows:

1. I am a creditor of SPL Partners LLC (the "Alleged Debtor") and am fully familiar with the facts and circumstances set forth herein except for those made upon information and belief, and as to those allegations, I believe them to be true to the best of my knowledge.

2. I submit this declaration ("Declaration") in support of the commencement of an involuntary Chapter 11 bankruptcy case against the Alleged Debtor.

3. Except as otherwise indicated below, the statements set forth herein are based upon my own personal knowledge. If called to testify, I could and would testify competently to the matters set forth in this Declaration as follows:

4. I am not familiar with the background of the Alleged Debtor or its mortgage except that, upon information and belief, the Alleged Debtor is the owner of a seven-story general office building plus two levels of automatable parking spaces located at 9201 4th Avenue, Brooklyn, New York (the "Property"), and its mortgage is in foreclosure.

5. By promissory noted dated November 1, 2009, I made a loan in the amount of $30,000.00 to the Alleged Debtor. A copy of said note signed by the Alleged Debtor memorializing the loan is annexed as Exhibit "B" hereto.

6. Payments have been made under said note until sometime in the second half of 2000 when payments ceased. Accordingly the sum of $30,000.00 in principal plus accrued interest in an amount to be determined remains due and owing.

7. I believe that the prospect of a protracted foreclosure action may seriously undermine any opportunity for creditors to obtain a recovery of their claims.

8. In an effort to promote an efficient, robust and transparent disposition of the

Property, I join the petitioners in filing this involuntary bankruptcy case with the hope of working with the current mortgage holder to help position the Property for prompt administration under the supervision of the Bankruptcy Court, in connection with a Chapter 11 case, and that such may provide the best opportunity to generate fair market value for the Property.

Dated: Brooklyn, New York
      August 24, 2021

By: _____
Stacey Angelides