## Assignment of Mortgage

KNOW THAT New York Community Bank, a New York banking corporation, having an office and place of business at NYCB Plaza, 102 Duffy Avenue – 4th Floor, Hicksville, New York 11801, "**Assignor**", in consideration of the sum of TEN and 00/100 ($10.00) DOLLARS and other good and valuable consideration, paid by Signature Lien Acquisitions III, LLC, having an office and place of business c/o Yaron Kornblum, Esq., Rivkin Radler LLP, 926 RXR Plaza, Uniondale, NY 11556, "**Assignee**", hereby assigns unto the Assignee

>Those certain consolidated mortgages described on Schedule A attached hereto and made a part hereof (the "Mortgage") and affecting premises known as and by the street number 9201 4th Avenue, Brooklyn, New York 11209 and more particularly described in Schedule B attached;

TOGETHER with the notes and/or obligations described in said Mortgage, and the moneys due and to grow due thereon with interest; TO HAVE AND TO HOLD the same unto the Assignee and to the successors, legal representatives and assigns of the Assignee forever.

Other than the covenants and warranties expressly set forth in that certain Mortgage Loan Purchase Agreement dated March 24, 2021 between Assignor and Assignee, the terms of which agreement are incorporated herein by reference, this Assignment is made without representation, covenant or warranty, express or implied, and without recourse to the Assignor in any event whatsoever.

The word "Assignor" or "Assignee" shall be construed as if it read "Assignors" or "Assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, Assignor has duly executed this assignment as of the 19th day of April, 2021.

New York Community Bank

By: _____
Name: Mitchel A. Baffa
Title: Senior Vice President

State of New York        )
                         : s.s.:
County of New York       )

On the 13 day of April, 2021, before me, the undersigned, personally appeared Mitchel A. Baffa, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity(ies), and that by his/her signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

MARGARET M. FAHY
Notary Public, State of New York
No. 01FA5065203
Qualified in New York County
Commission Expires 9/3/2022

SCHEDULE A
[MORTGAGE SCHEDULE]

**[All references to mortgages herein are deemed to include the Note secured thereby]**

(a) Building Loan Mortgage made by SPL Associates to The Greater New York Savings Bank in the principal sum of $9,835,000 00 dated September 14, 1988 and recorded on September 26, 1988 in the Office of the New York City Register Kings County (the "Register's Office") as Reel 2280, Page 865;

which said mortgage (a) was modified by a Mortgage Modification Agreement dated as of December 4, 1989 made by and between SPL Associates and The Greater New York Savings Bank and recorded on January 25, 1990 in the Register's Office as Reel 2506, Page 1943;

(b) Project Loan Mortgage made by SPL Associates to The Greater New York Savings Bank in the principal sum of $165,000.00 dated September 14, 1988 and recorded on September 26, 1988 in the Register's Office as Reel 2280, Page 887;

which said mortgage (b) was modified by a Mortgage Modification Agreement dated as of December 4, 1989 made by and between SPL Associates and The Greater New York Savings Bank and recorded on January 25, 1990 in the Register s Office as Reel 2506, Page 1937;

(c) Building Loan Mortgage and Security Agreement made by S P L Associates to The Greater New York Savings Bank in the principal sum of $675,000.00 dated December 4, 1989 and recorded on December 13, 1989 in the Register's Office as Reel 2488, Page 60;

which said three (3) mortgages, (a), (b), and (c), were consolidated by a Mortgage Modification, Extension, Consolidation and Security Agreement made by and between S P L Associates and The Greater New York Savings Bank dated September 24, 1990 and recorded on October 10, 1990 in the Register's Office as Reel 2620, Page 2206 to form a single lien in the principal sum of $10,675,000.00;

which said three (3) mortgages, (a), (b), and (c), as consolidated, were modified by a Note and Mortgage Modification Agreement made by and between SPL Associates (a/k/a S P L Associates) and The Greater New York Saving Bank dated as of April 18, 1994 and recorded on May 16, 1994 in the Register's Office as Reel 3289, Page 1227;

which said three (3) mortgages, (a), (b), and (c), as consolidated, were assigned by an Assignment of Mortgage from Astana Federal Savings and Loan Association, successor by merger to The Greater New York Savings Bank, to Amresco Financial I, LP dated May 27, 1998 and recorded on September 11, 1998 in the Register's Office as Reel 4276, Page 414;

which said three (3) mortgages, (a), (b), and (c), as consolidated, were further assigned by an Assignment of Mortgage Agreement from Amresco Financial I, LP to First Union National

Bank dated June 25 1998 and recorded on September 11, 1998 in the Register's Office as Reel 4276, Page 409;

(d)  Mortgage and Security Agreement made by SPL Associates to First Union National Bank in the principal sum of $1,310,340.46 dated as of June 29, 1998 and recorded on September 11, 1998 in the Register's Office as Reel 4276, Page 399;

which said four (4) mortgages, (a), (b), (c), and (d), were consolidated by an Agreement of Spreader, Consolidation, Amendment and Restatement of Mortgage made by and between SPL Associates and First Union National Bank dated as of June 29, 1998 and recorded on September 11, 1998 in the Register's Office as Reel 4276, Page 419 to form a single lien in the principal sum of $10,900,000.00;

which said four (4) mortgages, (a), (b), (c), and (d), as consolidated, were assigned by an Assignment of Mortgage from First Union National Bank to Norwest Bank Minnesota, N A , as Trustee for the registered holders of First Union Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, FUNB Series 1999-Cl, effective December 30, 1998 and recorded on November 14, 2000 in the Register's Office as Reel 5007, Page 2133;

which said four (4) mortgages, (a), (b), (c), and (d), as consolidated were assigned by an Assignment of Mortgage from Wells Fargo Bank, N A (f/k/a Norwest Bank Minnesota, N A ), as Trustee for the registered holders of First Union Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, FUNB Series 1999-C 1, to Wachovia Bank, National Association dated as of June 15, 2006 and recorded on July 26, 2006 in the Register's Office as CRFN 2006000423793;

(e)  Mortgage made by SPL Partners LLC to Wachovia Bank, National Association in the principal sum of $5,688,955.00 dated June 15, 2006 and recorded on July 26, 2006 in the Register's Office as CRFN 2006000423796;

which said five (5) mortgages, (a), (b), (c), (d), and (e), were consolidated by an Amended, Restated and Consolidated Mortgage, Security Agreement and Fixture Filing made by and between SPL Partners LLC to Wachovia Bank, National Association dated as of June 15, 2006 and recorded on July 26, 2006 in the Register's Office as CRFN 2006000423797 to form a single lien in the principal sum of $15,000,000.00;

which said five (5) mortgages, (a), (b), (c), (d), and (e), as consolidated, were assigned by an Assignment of Mortgage from Wachovia Bank, National Association to Wells Fargo Bank, NA, as Trustee for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C27, dated as of November 21, 2006 and recorded on June 28, 2007 in the Register's Office as CRFN 2007000334104;

which said five (5) mortgages, (a), (b), (c), (d), and (e), as consolidated, were assigned by an Assignment of Mortgage from Wells Fargo Bank, NA , as Trustee for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass Through Certificates Series 2006-C27, to Bank of America NA, as Trustee for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006- C27, dated as of March 31 2009 and recorded on August 31, 2009 in the Register's Office as CRFN 2009000279926;

which said five (5) mortgages, (a), (b), (c), (d), and (e), as consolidated, were assigned by an Assignment of Mortgage from Bank of America NA, a National Banking Association, as Trustee for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C27, to U S Bank National Association, a National Banking Association organized and existing under the laws of the United States of America, not in its individual capacity but solely in its capacity as Trustee for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C27, dated as of October 17, 2016 and recorded on December 6, 2016 in the Register's Office as CRFN 2016000429914;

which said five (5) mortgages, (a), (b), (c), (d), and (e), as consolidated, were assigned by an Assignment of Mortgage from U S Bank National Association, a National Banking Association organized and existing under the laws of the United States of America, not in its individual capacity but solely in its capacity as Trustee for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-C27 to New York Community Bank dated on or about the date hereof and recorded on May 31, 2017 in the Register's Office as CRFN 2017000200590;

(f)    Mortgage made by SPL Partners LLC to New York Community Bank in the principal sum of $3,713,658.60 dated May 22, 2017 and recorded on May 31, 2017 in the Register's Office as CRFN 2017000200592;

which said six (6) mortgages, (a), (b), (c), (d), (e), and (f), were consolidated by an Consolidation, Modification and Extension Agreement, Assignment of Leases and Rents and Security Agreement made by SPL Partners LLC to New York Community Bank dated May 22, 2017 and recorded on May 31, 2017 in the Register's Office as CRFN 2017000200593 to form a single lien in the principal sum of $16,400,000.00.

## SCHEDULE B

## [LEGAL DESCRIPTION]

ALL that certain plot, piece or parcel of land, situate, lying and being in the City of Brooklyn, County of Kings, State of New York, bounded and described as follows

BEGINNING at the corner formed by the intersection of the southerly side of East 92nd Street with the westerly side of 5th Avenue,

RUNNING THENCE southerly along said westerly side of 5th Avenue 101 feet 2 inches,

THENCE westerly and parallel with 92nd Street 163 feet 5 ½ inches to the easterly side of 4th Avenue,

THENCE northerly along said easterly side of 4th Avenue 105 feet 2 ¼ inches to the southerly side of 92nd Street, and

THENCE easterly along said southerly side of 92nd Street 192 feet 3 ¼ inches to the corner of the point or place of BEGINNING.

SAID PREMISES known as and by the street number 9201 4th Avenue, Brooklyn, New York.

===

## Assignment of Mortgage

===

New York Community Bank

to

Signature Lien Acquisitions III, LLC

===

Premises: 9201 4th Avenue, Brooklyn, New York 11209

County: Kings
Section: 18
Block: 6108
Lot: 22

Record and Return To:

Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11556-0926
Attn: Yaron Kornblum, Esq.

===