| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------x<br>In re:<br><br>SPL Partners LLC,<br><br>                             Debtor.<br>---------------------------------------------------------x | Hearing Date and Time:<br>December 2, 2021 @ 10:30 a.m.<br><br>Chapter 11<br><br>Case No. 121-42248 ESS |

### NOTICE OF HEARING
### TO CONSIDER SENIOR LENDER'S MOTION TO (i) EXCUSE THE RECEIVER'S COMPLIANCE WITH THE TURNOVER PROVISIONS OF THE BANKRUPTCY CODE OR ALTERNATIVELY APPOINT AN OPERATING TRUSTEE; AND (ii) TO APPROVE PROTECTIVE ADVANCES AND USE OF CASH COLLATERAL TO MAINTAIN THE PROPERTY

**PLEASE TAKE NOTICE** that, upon the annexed Motion (the "Motion") of Signature Lien Acquisitions III LLC (the "Senior Mortgage Lender"), as the holder of a duly perfected first mortgage lien and assignment of rents against the real property owned by SPL Partners LLC (the "Debtor"), a hearing will be held before the Honorable Elizabeth S. Stong of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York, 11201 on December 2, 2021 at 10:30 a.m., for the entry of an Order pursuant to 11 U.S.C. 543 (i) excusing Gregory LaSpina, the state court receiver, from complying with the turnover provisions of the Bankruptcy Court or, alternatively appointing an operating trustee pursuant to 11 U.S.C. §1104; and (ii) approving protective advances by the Senior Mortgage Lender and use of cash collateral to maintain the Debtor's property.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted by telephone. Parties wishing to participate may do so by using the following Dial In Number: 888-808-6929; Access Code: 8523285.

1

**PLEASE TAKE FURTHER NOTICE** that objections if any, to the proposed relief must be filed with the Court in accordance with the Court's electronic filing procedures and served upon the undersigned attorneys so as to be received by November 24, 2021.

Dated: New York, New York
October 29, 2021

                        Goldberg Weprin Finkel Goldstein LLP
                        *Attorneys for the Senior Mortgage Lender*
                        1501 Broadway, 22nd Floor
                        New York, New York 10036
                        (212) 301-6943
                        tdonovan@gwfglaw.com

                        By:    /s/ Kevin J. Nash