**Fill in this information to identify the case:**

Debtor name    **SPL Partners LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **21-42248**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2021**    X **/s/ Demetrios Spiropoulos**
                                            Signature of individual signing on behalf of debtor

                                            **Demetrios Spiropoulos**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **SPL Partners LLC** | |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK | |
| Case number (if known) 21-42248 | |

☐ Check if this is an
amended filing

**NOTES TO THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

SPL Partners LLC, Debtor and Debtor-in-Possession (the "Debtor") submits the within Notes to its Schedules of Assets and Liabilities ("Schedules") and Statement of Financial Affairs ("SOFA"). These notes pertain to, are incorporated by reference in, and compose an integral part of the Debtor's Schedules and SOFA.

The Debtor is a "single asset real estate debtor," as that term is defined under the provisions of the United States Bankruptcy Code, with its principal asset comprised of a commercial building located at 9201 4th Avenue, Brooklyn, New York (the "Property"). On August 31, 2021 (the "Filing Date"), Xemex LLC, Stacey Angelides and Angelo Gerosvas filed an Involuntary Petition against the Debtor with this Court. On October 8, 2021, the Debtor consented to its adjudication as a chapter 11 debtor, and on October 27, 2021, the Court entered an Order for Relief in this proceeding.

Prior to the Filing Date, Signature Lien Acquisitions III, LLC ("Signature"), the holder of a first mortgage lien against the Property, instituted a foreclosure action against the Property. During the course of the foreclosure proceeding, Signature obtained an *ex parte* order appointing Gregory LaSpina (the "Receiver") as Receiver for the Property.

Prior to the Receiver's appointment, the Property was managed by ACC Real Estate Services Inc. ("ACC") of Mineola, New York. During its tenure, ACC would provide the Debtor with period reports regarding the operation of the Property which would include balance sheets,

cash receipts and disbursements schedules, and tenant rent rolls for the Property. On August 23,

2021, subsequent to Mr. LaSpina's appointment as Receiver, ACC was replaced as manager by

New York City Management, LLC ("NYCM") of New York, New York. The Debtor has

consented to NYCM's continued management of the Property on an interim basis and there is a

pending motion before this Court to excuse the Receiver's compliance with the turnover

requirements of Section 543 of the Bankruptcy Code.

The Debtor has made requests upon the Receiver, through counsel, to provide specific

information regarding the Property to enable the Debtor to accurately prepare and submit its

Schedules and SOFA or, alternatively, to allow the Debtor's counsel to communicate with

NYCM to obtain said information. The only information provided to date has been a

management report for the Property for the month of October 2021, which is insufficient to

provide the Debtor with the required information to accurately complete the Schedules and

SOFA.

Most of the information contained in the Schedules and SOFA is comprised of

information contained in the last management report prepared by ACC plus filings made in this

Court and New York State Court. While the Debtor has utilized its best efforts to provide

complete and accurate information in its Schedules and SOFA, the information is incomplete and

will need to be supplemented or modified in the future once information is provided by parties

not under the Debtor's control. Thus, the Debtor will be filing amendments to its Schedules and

SOFA.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **SPL Partners LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | **21-42248** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| A&L Cesspool Corp. 38-40 Review Ave. Brooklyn, NY 11209 | | Trade Debt | | | | $598.81 |
| Angelo Gerosavas 238 91st Street Brooklyn, NY 11209 | | Loan | | | | $100,000.00 |
| Bank Direct 150 North Field Drive Suite 190 Lake Forest, IL 60045 | | | | | | $35,297.80 |
| Bridgeview Locksmiths Ltd 512-83rd Street Brooklyn, NY 11209 | | Trade Debt | | | | $206.88 |
| Capital Sprinkler Service 51-51 59th Place Woodside, NY 11377 | | Trade Debt | | | | $2,640.22 |
| Century Waste Services LL 623 Dowd Avenue Elizabeth, NJ 07201 | | Trade Debt | | | | $2,702.07 |
| Citywide Plumbing Service PO Box 350 Carle Place, NY 11514 | | Trade Debt | | | | $5,334.88 |
| Crawford Bringslid Vander 900 South Avenue Suite 204 Staten Island, NY 10314 | | Legal Services | | | | $2,782.50 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **SPL Partners LLC** | Case number *(if known)* | **21-42248** |
| --- | --- | --- | --- |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Delta Electrical Construc** 170-1 Central Avenue Farmingdale, NY 11735 | | **Trade Debt** | | | | $499.72 |
| **E-Jay Pest Control Inc.** 9257 4th Ave. No. 2-F Brooklyn, NY 11209 | | **Trade Debt** | | | | $272.18 |
| **Gus Papadimitrou** 264 82nd Street Brooklyn, NY 11209 | | | | | | $30,000.00 |
| **Oxford Property Group** 5 West 37th St. 12th Fl. New York, NY 10018 | | | | | | $91,835.52 |
| **Patricia Pappas** 238 91st Street Brooklyn, NY 11209 | | | | | | $130,000.00 |
| **Richmond Elevator Co. Inc** 17 Rector Street Staten Island, NY 10310 | | **Trade Debt** | | | | $6,039.30 |
| **Richter Restrepo PLLC** 55 Broadway, 3rd Fl. New York, NY 10006 | | **Legal Services** | | | | $49,237.08 |
| **Stacey Angelides** 8500 4th Avenue Apt. 4F Brooklyn, NY 11209 | | | | | | $30,000.00 |
| **Stanley Convergent Securi** 8350 Sunlight Drive Ste. 200 Fishers, IN 46037 | | | | | | $1,091.38 |
| **The Metro Group, Inc.** 50-23 Twenty-Third Street Long Island City, NY 11101 | | | | | | $4,700.95 |
| **Verizon** 500 Technology Drive Suite 550 Weldon Spring, MO 63304 | | **Trade Debt** | | | | $1,012.59 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **SPL Partners LLC**                                          Case number *(if known)*   **21-42248**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Xemex, LLC, Individually and as Successor to Steve Pappas 540 Atlantic Avenue Brooklyn, NY  11217** | | | | | | **$649,938.00** |

| Fill in this information to identify the case: |
| --- |

Debtor name   **SPL Partners LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   21-42248

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $   **26,000,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $   **0.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $   **26,000,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*......................................   $   **18,432,655.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **1,083.23**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$   **1,608,581.88**

4.  **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b                                                         $   **20,042,320.11**

**Fill in this information to identify the case:**

Debtor name  **SPL Partners LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  21-42248

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

**$5,000**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.
**Tenant accounts receivable**

**$2,150,000.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.

Debtor    **SPL Partners LLC**                                    Case number (If known)  21-42248
_____Name_____

☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.
**The Debtor is the owner of commercial real estate located at 9201 4th Avenue, Brooklyn, NY 11209**

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **9201 4th Avenue Brooklyn, NY 11209** | **Fee Simple** | **Undetermined** | | **$26,000,000.00** |

56.    **Total of Part 9.**                                                                                    | **$26,000,000.00** |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☑ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **SPL Partners LLC**                                    Case number *(If known)*  21-42248
_____Name_____

**The Debtor has claims against Signature Lien Acquisitions III LLC, Tim Ziss and New York Community Bank and others, including, without limitation, for breach of contract, tortious interference with business grounds.**

**The Debtor has claims against Xemex LLC, Xemex Group,Inc. Steve Pappas, James Pappas and Lundy's Management Corp. including, without limitation, for breach of contract, breach of fiduciary duty, fraudulent transfers and self-dealing.**

| | |
|---|---|
| **Building Improvements** | **$  40,730.63** |
| **Tenant Improvements** | **$129,173.33** |

---

<table>
<tr><td style="background:black;color:white">Part 12:</td><td>**Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$5,000.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **Unknown** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$2,150,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................> | | **$26,000,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **Undetermined** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$2,155,000.00** | + 91b. **$26,000,000.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$28,155,000.00** |

Fill in this information to identify the case:

Debtor name **SPL Partners LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) 21-42248

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

| | | |
|---|---|---|
| **2.1** | **NYC Department of Finance** <br> Creditor's Name <br><br> **PO Box 680** <br> **Newark, NJ 07101-0680** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **9201 4th Ave.** <br> **Brooklyn, NY 11209** <br><br> **Describe the lien** <br> **Secured Proof of Claim for unpaid real estate taxes for the Debtor's real estate** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$57,328.73** <br><br><br><br><br><br><br>**$57,328.73** |

| | | |
|---|---|---|
| **2.2** | **Signature Lien Acquisitions III LLC** <br> Creditor's Name <br> **c/o Allied Properties, LLC** <br> **9322 Third Avenue** <br> **5th Floor** <br> **Hicksville, NY 11801** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** <br><br> **Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien** <br> **9201 4th Avenue** <br> **Brooklyn, NY 11209** <br><br><br> **Describe the lien** <br> **First mortgage, security interest, assignment of rents.** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply | **$18,432,655.00** <br><br><br><br><br><br><br>**$26,000,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **SPL Partners LLC**                                          Case number (if known) _____
          Name

- [✓] No
- [ ] Yes. Specify each creditor,
      including this creditor and its relative
      priority.

- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$18,489,983.73**

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name    **SPL Partners LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    21-42248

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA  19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,083.23** | **$1,083.23** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**A&L Cesspool Corp.**<br>**38-40 Review Ave.**<br>**Brooklyn, NY 11209** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$598.81** |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**Angelo Gerosavas**<br>**238 91st Street**<br>**Brooklyn, NY 11209** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,000.00** |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **SPL Partners LLC** | Case number (if known) | 21-42248 |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,297.80 |
|---|---|---|---|

**Bank Direct**
150 North Field Drive
Suite 190
Lake Forest, IL 60045

Date(s) debt was incurred _

Last 4 digits of account number  8366

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.88 |
|---|---|---|---|

**Bridgeview Locksmiths Ltd**
512-83rd Street
Brooklyn, NY 11209

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,640.22 |
|---|---|---|---|

**Capital Sprinkler Service**
51-51 59th Place
Woodside, NY 11377

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,702.07 |
|---|---|---|---|

**Century Waste Services LLC**
623 Dowd Avenue
Elizabeth, NJ 07201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,334.88 |
|---|---|---|---|

**Citywide Plumbing Service**
PO Box 350
Carle Place, NY 11514

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,782.50 |
|---|---|---|---|

**Crawford Bringslid Vander Neut LLP**
900 South Avenue
Suite 204
Staten Island, NY 10314

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499.72 |
|---|---|---|---|

**Delta Electrical Construction Corp.**
170-1 Central Avenue
Farmingdale, NY 11735

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533,978.72 |
|---|---|---|---|

**Demetrious Spiropoulos**
27 Terra Mar Drive
Huntington, NY 11743

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **SPL Partners LLC** | Case number (if known) | 21-42248 |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$272.18** |
|---|---|---|---|

E-Jay Pest Control Inc.
9257 4th Ave.
No. 2-F
Brooklyn, NY 11209

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

G M H Architecture PLLC
333 East 46th Street
Unit 1B
New York, NY 10017

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

GUS Papadimitrou
264 82nd Street
Brooklyn, NY 11209

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

James Pappas
113 Grosevenor Street
  NY 11633

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$94.35** |
|---|---|---|---|

Knight Marketing Corp.
PO Box 780009
Maspeth, NY 11378

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0** |
|---|---|---|---|

Napco Management
6807 11th Ave.
Brooklyn, NY 11219

"FOR NOTICE PURPOSES ONLY"

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91,835.52** |
|---|---|---|---|

Oxford Property Group
5 West 37th St.
12th Fl.
New York, NY 10018

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **SPL Partners LLC**
      Name

Case number (if known)    21-42248

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,000.00 |
|---|---|---|---|
| | **Patricia Pappas**<br>**238 91st Street**<br>**Brooklyn, NY 11209** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☑ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,039.30 |
|---|---|---|---|
| | **Richmond Elevator Co. Inc**<br>**17 Rector Street**<br>**Staten Island, NY 10310** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,237.08 |
|---|---|---|---|
| | **Richter Restrepo PLLC**<br>**55 Broadway, 3rd Fl.**<br>**New York, NY 10006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|
| | **Robert Silvestri**<br>**8019 Shore Road**<br>**Brooklyn, NY 11209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|
| | **Stacey Angelides**<br>**8500 4th Avenue**<br>**Apt. 4F**<br>**Brooklyn, NY 11209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,091.38 |
|---|---|---|---|
| | **Stanley Convergent Security Solutions, Inc.**<br>**8350 Sunlight Drive**<br>**Ste. 200**<br>**Fishers, IN 46037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Undetermined |
|---|---|---|---|
| | **Steve Pappas**<br>**113 Grosevenor Rd.**<br>**Little Neck, NY 11363** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☑ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,700.95 |
|---|---|---|---|
| | **The Metro Group, Inc.**<br>**50-23 Twenty-Third Street**<br>**Long Island City, NY 11101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **SPL PARTNERS LLC** | Case number (if known) | 21-42248 |
|---|---|---|---|

Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,012.59** |
|---|---|---|---|

**Verizon**
**500 Technology Drive**
**Suite 550**
**Weldon Spring, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Xemex Group, LLC**
**540 Atlantic Avenue**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$649,938.00** |
|---|---|---|---|

**Xemex, LLC, individually and as Successor**
**to Steve Pappas**
**540 Atlantic Avenue**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| Ralph E. Priete, Esq.<br>Koutgoodakis & Lakovou Law Group PLLC<br>90 Broad Street, 10th Floor<br>New York, NY 10009 | 3.2, 3.23, 3.29 | |
| Kevin Nagi, Esq.<br>Goldberg, Weprin, Finkel, Goldstein, LLP<br>1501 Broadway, 22nd Floor<br>New York, NY 10036 | 2.2 | |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,083.23 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,608,581.88 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,609,665.11 |

Fill in this information to identify the case:

Debtor name    **SPL Partners LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    21-42248

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
| | State the term remaining | **2 yrs.** | **Baltic Street AEH, Inc.** |
| | List the contract number of any government contract | | **9201 4th Avenue, 263-5L**<br>**Brooklyn, NY 11209** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
| | State the term remaining | **5 yrs. 2 months** | **Cristiana Capital, LLC** |
| | List the contract number of any government contract | | **9201 4th Avenue, 263-4R**<br>**Brooklyn, NY 11209** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
| | State the term remaining | **1 yr. 11 months** | **Dr. Chitra Radhakrishnan**<br>**9201 4th Avenue** |
| | List the contract number of any government contract | | **263-501A**<br>**Brooklyn, NY 11209** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
| | State the term remaining | **1 yr. 1 month** | **Dr. Lee Loewinger**<br>**9201 4th Avenue** |
| | List the contract number of any government contract | | **263-501**<br>**Brooklyn, NY 11209** |

Debtor 1  **SPL Partners LLC**

| First Name | Middle Name | Last Name |

Case number (*if known*)  21-42248

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
|---|---|---|---|
| | State the term remaining | **1 yr. 7 months** | **Gary Kauget, PC**<br>**9201 4th Avenue**<br>**263-200A**<br>**Brooklyn, NY 11209** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
|---|---|---|---|
| | State the term remaining | | **Grimaldi & Yeung**<br>**9201 4th Avenue**<br>**263-6R**<br>**Brooklyn, NY 11209** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
|---|---|---|---|
| | State the term remaining | **9 yrs. 3 months** | **Home Life Services, Inc.**<br>**9201 Atlantic Avenue**<br>**263-6L**<br>**Brooklyn, NY 11209** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
|---|---|---|---|
| | State the term remaining | **2 yrs. 7 months** | **Janney Montgomery Scott**<br>**9201 4th Avenue, 263-4L**<br>**Brooklyn, NY 11209** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
|---|---|---|---|
| | State the term remaining | **3 yrs. 7 months.** | **Jewish Bd of Family & Children**<br>**9201 4th Avenue, 263-2R**<br>**Brooklyn, NY 11209** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
|---|---|---|---|
| | State the term remaining | **8 yrs. 5 months** | **Lundy's Mgmt. Corp.**<br>**9201 4th Avenue**<br>**263-7F**<br>**Brooklyn, NY 11209** |
| | List the contract number of any | | |

Debtor 1  **SPL Partners LLC**                                    Case number *(if known)*  21-42248
_____            _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
|---|---|---|---|
| | State the term remaining | | **Metro PCS** |
| | | | **9201 4th Avenue** |
| | List the contract number of any government contract | | **263-RMET** |
| | | | **Brooklyn, NY 11209** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
|---|---|---|---|
| | State the term remaining | **3 yrs. 2 months** | **Pizzeria Uno Restaurant** |
| | | | **9201 4th Avenue** |
| | List the contract number of any government contract | | **263-GR** |
| | | | **Brooklyn, NY 11209** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
|---|---|---|---|
| | State the term remaining | **9 yrs. 8 months** | **PPS 9201 LLC** |
| | | | **9201 4th Avenue** |
| | List the contract number of any government contract | | **263-GARAGE** |
| | | | **Brooklyn, NY 11209** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
|---|---|---|---|
| | State the term remaining | **6 yrs. 1 month** | **Ridge Abstract Corp.** |
| | | | **9201 Atlantic Avenue** |
| | List the contract number of any government contract | | **263-5R** |
| | | | **Brooklyn, NY 11209** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real estate. Debtor is Lessor.** | |
|---|---|---|---|
| | State the term remaining | | **United Parcel Services** |
| | | | **9201 4th Avenue** |
| | List the contract number of any government contract | | **263-UPS** |
| | | | **Brooklyn, NY 11209** |

Fill in this information to identify the case:

Debtor name    **SPL Partners LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **21-42248**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Demetrious Spiropoulos** | **27 Terra Mar Drive Huntington, NY 11743 Limited Guarantee** | **Signature Lien Acquisitio** | ☑ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **James Pappas** | **113 Grosevenor Street NY 11633 Limited Guarantee** | **Signature Lien Acquisitio** | ☑ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Robert J. Silvestri** | **8019 Shore Road Brooklyn, NY 11209 Limited Guarantee** | **Signature Lien Acquisitio** | ☑ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Robert J. Silvestri as Trustee** | **8019 Shore Road Brooklyn, NY 11209 Limited Guarantee** | **Signature Lien Acquisitio** | ☑ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name     **SPL Partners LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)     **21-42248**

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | | ☑ Rents receivable | $718,240.85 |
   | January 1 to December 31<br>From **1/01/2021** to **Present** | ☐ Other | |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
   | --- | --- | --- | --- |
   | 3.1. **To be supplied.** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **SPL Partners LLC**                                    Case number *(if known)*  **21-42248**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

   ## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | **Signature Lien Acquisitions III, LLC, as Successor in Interest to New York Community Bank v. SPL Partners LLC, et al.**<br>**512538/2021** | **Foreclosure action** | **Supreme Court of State of New York**<br>**360 Adams Street, #4**<br>**Brooklyn, NY 11201** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. | **SPL Partners, LLC v. Xemex, LLC, et al.**<br>**518451/2019** | **Breach of contract Fraud** | **Supreme Court of State of New York**<br>**360 Adams Street, #4**<br>**Brooklyn, NY 11201** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **SPL Partners LLC** _____    Case number *(if known)* **21-42248**

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Gregory M. LaSpina, Receiver c/o New York City Management, LLC 381 Park Avenue South, Suite 1515 New York, NY 10016** | **Property is subject to a State Court appointed receivership.** | **Unknown** |
| | **Case title** **Signature Lien Acquisitions III, LLC, as Successor in Interest to New York Community Bank v. SPL Partners LLC, et al. 512538/2021** | **Court name and address** **Supreme Court of State of New York 360 Adams Street, #4 Brooklyn, NY 11201** |
| | **Case number** **512538/2021** | |
| | **Date of order or assignment** | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

Debtor    **SPL Partners LLC**                                    Case number *(if known)*  **21-42248**

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Personally identifiable information is collected from tenants, including tax identification numbers and bank account information.**

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor   **SPL Partners LLC**                                    Case number *(if known)*  **21-42248**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various tenants** | | **Debtor holds tenant security deposits totalling -** | **Undetermined** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Debtor    **SPL Partners LLC**                                          Case number *(if known)*  **21-42248**

---

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

**ACC Real Estate Services, Inc.**
**155 First Street, Suite 104**
**Mineola, NY  11501**

**Vasilakos & Vasilakos, LLP**
**1273 77th Street**
**Brooklyn, NY  11228**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**ACC Real Estate Services, Inc.**
**155 First Street, Suite 104**
**Mineola, NY  11501**

**Vasilakos & Vasilakos, LLP**
**1273 77th Street**
**Brooklyn, NY  11228**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**ACC Real Estate Services, Inc.**
**155 First Street, Suite 104**
**Mineola, NY  11501**

---

Debtor    **SPL Partners LLC**                                          Case number *(if known)*  **21-42248**

> **Vasilakos & Vasilakos, LLP**
> **1273 77th Street**
> **Brooklyn, NY  11228**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☑ None

**Name and address**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☑ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Demetrios Spiropoulos** | **27 Terra Mar Drive**<br>**Huntington, NY 11743** | **Managing Member** | 0% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **James Pappas** | **113 Grosevenor Street**<br>**NY 11633** | **Managing Member** | 0% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Robert J. Silvestri** | **8019 Shore Road**<br>**Brooklyn, NY 11209** | **Managing Member** | 0% |
| **SPL Management** | | | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

   ☑ No
   ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| To be Supplied | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

   ☑ No
   ☐ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **SPL Partners LLC**                                          Case number *(if known)*  **21-42248**

**Name of the parent corporation**                                  **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                                          **Employer Identification number of the parent corporation**

---

**Part 14:   Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 23, 2021**

**/s/ Demetrios Spiropoulos**                          **Demetrios Spiropoulos**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of New York

In re  **SPL Partners LLC**

Debtor(s)

Case No.  **21-42248**

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **SPL Partners LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None

**SPL Management**

November 23, 2021

Date

/s/ Melissa A. Pena

**Melissa A. Pena 4213088**

Signature of Attorney or Litigant

Counsel for  **SPL Partners LLC**

**Norris McLaughlin, P.A.**
**7 Times Square, 21st Floor**
**New York, NY 10036**
**908-722-0700 Fax:908-722-0755**
**mapena@norris-law.com**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re    **SPL Partners LLC**                                         Case No.    **21-42248**

Debtor(s)                                Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **Hourly rates ranging from $125 to $700** |
    | Prior to the filing of this statement I have received | $ | **60,000.00** |
    | Balance Due | $ | **Undetermined** |

2.  $ **1,738.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a voluntary petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Other services customarily rendered during the course of a chapter 11 proceeding.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:  **N/A**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| November 23, 2021 | /s/ Melissa A. Pena |
| *Date* | **Melissa A. Pena 4213088** |
| | *Signature of Attorney* |
| | **Norris McLaughlin, P.A.** |
| | **7 Times Square, 21st Floor** |
| | **New York, NY 10036** |
| | **908-722-0700  Fax: 908-722-0755** |
| | **mapena@norris-law.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Eastern District of New York

In re  **SPL Partners LLC**

Debtor(s)

Case No.  **21-42248**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SPL Management** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 23, 2021**

Signature  **/s/ Demetrios Spiropoulos**

**Demetrios Spiropoulos**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

| DEBTOR(S): | SPL Partners LLC | CASE NO.: | 21-42248 |
|---|---|---|---|

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___**Y**___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

/s/ Melissa A. Pena
_____
**Melissa A. Pena 4213088**
Signature of Debtor's Attorney
**Norris McLaughlin, P.A.**
**7 Times Square, 21st Floor**
**New York, NY 10036**
**908-722-0700 Fax:908-722-0755**

                    _____
                    Signature of Pro Se Debtor/Petitioner

                    _____
                    Signature of Pro Se Joint Debtor/Petitioner

                    _____
                    Mailing Address of Debtor/Petitioner

                    _____
                    City, State, Zip Code

                    _____
                    Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.