# EXHIBIT A



May 25, 2022

**Re:  Senior Secured Loan for 9201 4th Avenue, Brooklyn, NY 11209 (the "Property")**

SPL Partners LLC
c/o Valyrian Capital LLC
14 West 23rd Street, 4th Floor
New York, New York 10010
Attn:  Theodore Kaoyiannis

Dear Mr. Kaoyiannis:

On January 20, 2022, Maguire Capital Group LLC (together with their respective affiliates, successors, assigns or designees "**Lender**") provided a Committee Letter with respect to the Property.  This shall confirm that Lender is extending the Outside Date (as such term is defined in the Commitment Letter) to August 31, 2022 or such later date as is determined by the Lender in its sole discretion.

We understand that SPL Partners LLC has entered into a Management and Leasing Agreement with Phoenix Asset Management LLC d/b/a Realta Group to manage the Property, which agreement is subject to the entry of an Order confirming SPL Partners LLC's Chapter 11 Plan.  We are pleased by this development as it reinforces our decision to providing funding, subject to the terms of the Commitment Letter.  We agreed to provide the loan based on the value of the Property and potential cash flow once the Property is fully leased.  We anticipate that the new manager will assist in that regard.

Thank you.

Sincerely,

MAGUIRE CAPITAL GROUP LLC

_____
Marvin V. Azark