UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                                  Chapter 11

SPL PARTNERS LLC,                                                       Case No. 21-42248 (ESS)

                                 Debtor.
---------------------------------------------------------------x

## DECLARATION IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING TO CONSIDER DEBTOR'S MOTION TO RETAIN BROKER AND APPROVE BIDDING PROCEDURES

J. Ted Donovan, Esq. declares the following under penalty of perjury pursuant to 11 U.S.C. §1746:

1. I am an associate with the firm of Goldberg Weprin Finkel Goldstein LLP, counsel for Signature Lien Acquisitions III LLC ("Signature"), the senior secured lender of the debtor herein, SPL Partners LLC (the "Debtor"), and as such I am fully familiar with the facts and circumstances of this case.

2. I make this Declaration in support of the motion of the Signature for an Order scheduling a hearing on shortened notice pursuant to Bankruptcy Rule 9006(c) to consider the separate motion (the "Retention Motion") seeking to Rosewood Realty Group ("Rosewood"), as real estate broker to market the Debtor's real property located at 9201 4th Avenue, New York, New York 11209 (the "Property") and to approve bid procedures for the auction sale of the Property.

3. The details are set forth in detail in the Retention Motion, which is incorporated herein by reference. The Debtor has confirmed its plan of reorganization predicated upon the sale of the Property at an auction to be conducted no later than April 14, 2023. Accordingly, it is

important that Rosewood be retained and bid procedures be approved so that it can commence its services.

4. According, Signature seeks to shorten the notice period for the Retention Motion so that it may be heard at the earliest possible date convenient to the Court.

5. Signature previously circulated the Retention Motion to the U.S. Trustee and counsel for the Debtor, adopting most, but not all of the comments received. While the U.S. Trustee and the Debtor have reserved their rights until they see the final version of the Retention Motion, Signatures submit that there is no prejudice to either party in shortening time due to the fact that they have already reviewed the papers once.

6. Pursuant to Bankruptcy Rules 9014 and 9006, and the Local Rules of this Court, a notice period of fourteen days, plus three for service by mail, is required for the Retention Motion (and arguably 21 days for the approval of the bid procedures under Rule 2002(a). However, the Court is empowered by Bankruptcy Rule 9006(c) to conduct a hearing on shortened notice for cause shown. Signature respectfully submit that cause exists to conduct the hearing on the Retention Motion on shortened notice in light of the foregoing.

7. Signature is prepared to give notice of the hearing by email to all creditors, or their counsel, where known, and by regular mail to all other creditors and parties in interest.

WHEREFORE, Signature respectfully request the entry of an Order consistent with the foregoing, and granting such other and further relief as is just and proper.

Dated: New York, NY
       March 16, 2023

/s/ J. Ted Donovan