**Law Offices of**
**Borchert & LaSpina, P.C.**
**A Professional Corporation**
**19-02 Whitestone Expressway, Suite 302**
**Whitestone, New York 11357**
**(718) 767-3333**

April 6, 2023

Honorable Elizabeth S. Stong, U.S. B.J.
U.S. Bankruptcy Court, E.D.N.Y
Conrad B. Duberstein, U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201

          Re: **In RE: SPL Partners, LLC**
              Case No: 21-42248-ess
              Receiver's Monthly Report of Income and Expenses

Dear Judge Stong,

    This firm serves as, of Counsel, in the State Court Foreclosure Proceedings, to the undersigned, Gregory M. LaSpina, Esq., who is the Court-appointed Temporary Receiver, in the Supreme Court of the State of New York, Kings County, under Index No.: 512538/2021. Bruce Wiener, Esq. is Bankruptcy Counsel to the State Court Temporary Receiver.

    I am filing the enclosed monthly report of Income and Expenses for February 2023 (the "Receiver's Report") relating to the real property located at 9201 4th Avenue, New York, 11209 (Block: 6108, Lot 22).

    In any event, should the Court have any questions in connection with the foregoing, do not hesitate to contact me.

    Thank you for your continued patience and cooperation.

                                     Very Truly Yours,

                                     */s/ Gregory M. LaSpina*
                                     Gregory M. LaSpina
                                     Temporary Receiver

GML/jf
Enclosures

cc: Bruce Wiener, Esq., Bankruptcy Counsel to the State Court Temporary Receiver
    All parties via ECF