

# Gregory LaSpina as Receiver

PROPERTY:

92-01 4th Avenue, Brooklyn NY11209

FOR

**February 2023**

CONFIDENTIAL. ANY UNAUTHORIZED DISCLOSURE OF THE CONTENTS OF THIS REPORT, IN WHOLE OR IN PART, IS STRICTLY PROHIBITED AND MAY SUBJECT THE DISTRIBUTING PARTY(S) TO LIABILITY FOR SUCH UNAUTHORIZED DISCLOSURE(S).

**New York City Management LLC | 13 West 38th Street, New York, NY 10018 | 212.689.8833 Fax: 212.689.3888**

Gregory M. LaSpina as Receiver (9201)                                                                                      Page 1

# Cash Flow Statement

Period = Feb 2023
Book = Cash

|  | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| **INCOME** | | | | |
|   RENT INCOME | | | | |
|     Rent | 36,808.27 | 104.44 | 64,877.81 | 101.34 |
|       NET Rnt/Mnt/CC INCOME | 36,808.27 | 104.44 | 64,877.81 | 101.34 |
|   OTHER INCOME | | | | |
|     Misc. Tenant Income | 1,122.59 | 3.19 | 1,830.62 | 2.86 |
|     Reimbursement Receipts | -2,687.98 | -7.63 | -2,687.98 | -4.20 |
|       TOTAL OTHER INCOME | -1,565.39 | -4.44 | -857.36 | -1.34 |
|       TOTAL INCOME | 35,242.88 | 100.00 | 64,020.45 | 100.00 |
| **EXPENSES** | | | | |
| DIRECT EXPENSES | | | | |
|   DIRECT EXPENSES | | | | |
|     Electricity | 25,535.24 | 72.46 | 36,544.77 | 57.08 |
|     Gas (Heating) | 4,278.00 | 12.14 | 6,277.97 | 9.81 |
|     Insurance (Liab & PD) | 30,999.59 | 87.96 | 46,877.43 | 73.22 |
|     Carting / Cleaning | 0.00 | 0.00 | 61,646.85 | 96.29 |
|     Fire Alarm & Sprinkler | 0.00 | 0.00 | 1,773.94 | 2.77 |
|     TOTAL DIRECT EXPENSES | 60,812.83 | 172.55 | 153,120.96 | 239.18 |
|   REPAIRS | | | | |
|     Boiler / AC Repairs | 0.00 | 0.00 | 11,170.00 | 17.45 |
|     Elevator Maintenance | 1,131.76 | 3.21 | 1,131.76 | 1.77 |
|     Plumbing Repairs | 1,369.76 | 3.89 | 1,369.76 | 2.14 |
|     Sprinkler Repairs | 453.64 | 1.29 | 453.64 | 0.71 |
|     Roofing Repairs | 4,900.00 | 13.90 | 4,900.00 | 7.65 |
|     Carpet Repair | 29,147.60 | 82.70 | 29,147.60 | 45.53 |
|     Repairs and Maintenance | 15,302.07 | 43.42 | 15,302.07 | 23.90 |
|     TOTAL REPAIRS | 52,304.83 | 148.41 | 63,474.83 | 99.15 |
|   PROFESSIONAL FEES | | | | |
|     Legal Fees Operating | 0.00 | 0.00 | 8,000.00 | 12.50 |
|       TOTAL PROFESSIONA... | 0.00 | 0.00 | 8,000.00 | 12.50 |
|     Miscellaneous Expense | 0.00 | 0.00 | 250.88 | 0.39 |
|     TOTAL DIRECT EXP... | 113,117.66 | 320.97 | 224,846.67 | 351.21 |
|   GENERAL & ADMINISTRATIVE | | | | |
|     Telephone / Internet | 327.62 | 0.93 | 1,276.38 | 1.99 |
|     TOTAL G & A EXPENSE | 327.62 | 0.93 | 1,276.38 | 1.99 |
|   TOTAL EXPENSES | 113,445.28 | 321.90 | 226,123.05 | 353.20 |
|   NET INCOME | -78,202.40 | -221.90 | -162,102.60 | -253.20 |
| | | | | |
| **Adjustments** | | | | |
| Owner Contribution | 52,500.00 | 148.97 | 52,500.00 | 82.00 |
| **Total Adjustments** | 52,500.00 | 148.97 | 52,500.00 | 82.00 |
| | | | | |
| **Cash Flow** | -25,702.40 | -72.93 | -109,602.60 | -171.20 |

| **Period to Date** | **Beginning Balance** | **Ending Balance** | **Difference** |
|---|---:|---:|---:|
| Operating Cash 1 | 2,396.34 | -23,306.06 | -25,702.40 |

Gregory M. LaSpina as Receiver (9201)                                                                                                      Page 2

# Cash Flow Statement

Period = Feb 2023
Book = Cash

|  | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| **Total Cash** | 2,396.34 | -23,306.06 | -25,702.40 | |

| Year to Date | Beginning Balance | Ending Balance | Difference |
|---|---:|---:|---:|
| Operating Cash 1 | 86,296.54 | -23,306.06 | -109,602.60 |
| **Total Cash** | 86,296.54 | -23,306.06 | -109,602.60 |

# OP/9201

3/29/2023

## Bank Reconciliation Report

### 2/28/2023



Posted by: snarveka on 3/29/2023

| Balance Per Bank Statement as of 2/28/2023 | | | 67,001.18 |
|---|---|---|---|
| **Outstanding Checks** | | | |

| Check Date | Check Number | Payee | Amount |
|---|---|---|---|
| 3/18/2022 | 193 | v0001245 - Rashaad Hayles | 425.00 |
| 10/12/2022 | 1012202142 | v0001313 - Charter Communications | 152.97 |
| 12/7/2022 | 12072022 | v0000086 - Jack Jaffa Associates | 600.00 |
| 12/7/2022 | 12072022 | v0000086 - Jack Jaffa Associates | 300.00 |
| 1/6/2023 | 277 | v0000162 - Diekin Aire Inc. | 2,170.00 |
| 1/6/2023 | 278 | v0000162 - Diekin Aire Inc. | 9,000.00 |
| 1/6/2023 | 53612 | v0000006 - Con Edison | 837.88 |
| 1/11/2023 | 284 | v0001275 - Consolidated Facility Services | 12,329.37 |
| 1/11/2023 | 285 | v0001275 - Consolidated Facility Services | 12,329.37 |
| 1/19/2023 | 286 | v0000148 - Ari Weisfogel | 250.88 |
| 1/20/2023 | 12020231 | v0001313 - Charter Communications | 60.57 |
| 2/11/2023 | 289 | v0001114 - CBB Plumbing Corp | 1,250.00 |
| 2/11/2023 | 290 | v0001188 - Lift Elevator LLC | 1,131.76 |
| 2/13/2023 | 291 | v0000158 - US ShelTech NY Inc. | 12,600.00 |
| 2/23/2023 | 292 | v0000158 - US ShelTech NY Inc. | 4,900.00 |
| 2/23/2023 | 293 | v0000013 - Just Renovations & GC, LLC | 29,147.60 |
| **Less:** | **Outstanding Checks** | | 87,485.40 |

### Bank Reconciling Items

| Date | Notes | Amount |
|---|---|---|
| 1/31/2023 | Adj | -0.01 |
| **Plus/Minus:** | **Bank Reconciling Items** | **-0.01** |
| | **Reconciled Bank Balance** | **-20,484.23** |

| Balance per GL as of 2/28/2023 | -23,306.06 |
|---|---|

### Book Reconciling Items

| Date | Notes | Amount |
|---|---|---|
| 2/28/2023 | Deposits in Transit | 2,821.83 |
| **Plus/Minus:** | **Book Reconciling Items** | **2,821.83** |
| | **Reconciled Balance Per G/L** | **-20,484.23** |

| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | 0.00 |
|---|---|---|

OP/9201　　　　　　　　　　　　　　　　　　　　　　　　　　3/29/2023

## Bank Reconciliation Report
## 2/28/2023

Posted by: snarveka on 3/29/2023

**Cleared Items:**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 12/15/2022 | 273 | v0001114 - CBB Plumbing Corp | 489.94 | 2/28/2023 |
| 12/19/2022 | 274 | v0001163 - Barton Schwartz & Associates | 3,802.59 | 2/28/2023 |
| 12/20/2022 | 275 | v0000022 - ProMax Maintenance Supply Inc. | 802.35 | 2/28/2023 |
| 1/9/2023 | 279 | v0001362 - JCL SYSTEMS, INC. | 866.65 | 2/28/2023 |
| 2/26/2023 | 294 | v0000193 - First Insurance Funding Corp. Of New York | 15,121.75 | 2/28/2023 |
| 2/28/2023 | 21523 | v0000006 - Con Edison | 270.00 | 2/28/2023 |
| 2/28/2023 | 21723 | v0001359 - CAPITOL | 453.64 | 2/28/2023 |
| 2/28/2023 | 21823 | v0000204 - Verizon | 327.62 | 2/28/2023 |
| 2/28/2023 | 21923 | v0000121 - National Grid | 4,278.00 | 2/28/2023 |
| 2/28/2023 | 22023 | v0000193 - First Insurance Funding Corp. Of New York | 15,877.84 | 2/28/2023 |
| 2/28/2023 | 22823 | v0000006 - Con Edison | 25,265.24 | 2/28/2023 |
| **Total Cleared Checks** | | | **67,555.62** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 2/1/2023 | 92 | | 10,783.73 | 2/28/2023 |
| 2/9/2023 | 94 | | 17,193.84 | 2/28/2023 |
| 2/16/2023 | 95 | | 7,265.31 | 2/28/2023 |
| **Total Cleared Deposits** | | | **35,242.88** | |

**Cleared Other Items**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---:|---|
| 2/23/2023 | JE 22930 | | 52,500.00 | 2/28/2023 |
| **Total Cleared Other Items** | | | **52,500.00** | |

# FLUSHING Bank
Commercial ▪ Business ▪ Consumer

7102 3RD AVENUE ▪ BROOKLYN NY 11209

00007269 M0028900301230830140 01 000000000 0008282 003

Gregory M. Laspina as Temp. Receiver
for 9201 4th Ave Bklyn NY
GREGORY M LASPINA CONSERVATOR
1902 WHITESTONE EXPY STE 302
WHITESTONE NY 11357-3099

PAGE: 1 OF 3

STATEMENT DATE: 02/28/23
ACCOUNT NUMBER:

****************** COMPLETE BUSINESS CHECKING ****************************

## Account Detail

| Date | Description | | Credits | Debits | Balance |
|---|---|---|---|---|---|
| 01/31 | Balance Forward | | | | 46,813.92 |
| 02/01 | CON ED OF NY | XXXXXXXXXX | | 10,000.00- | 36,813.92 |
| 02/01 | FIS*VERIZON | BILL PAY | | 324.12- | 36,489.80 |
| 02/01 | BILLMATRIX | BILLPAYFEE | | 3.50- | 36,486.30 |
| 02/02 | JANNEY | EXP REIMB | 10,783.73 | | 47,270.03 |
| 02/03 | NATIONAL GRID NY | UTILITYPAY | | 4,278.00- | 42,992.03 |
| 02/03 | Check Number | 274 | | 3,802.59- | 39,189.44 |
| 02/06 | Check Number | 273 | | 489.94- | 38,699.50 |
| 02/09 | Check Number | 275 | | 802.35- | 37,897.15 |
| 02/13 | Deposit | | 17,193.84 | | 55,090.99 |
| 02/14 | FIRST INSURANCE | INSURANCE | | 15,877.84- | 39,213.15 |
| 02/14 | Check Number | 279 | | 866.65- | 38,346.50 |
| 02/15 | Deposit | | 7,265.31 | | 45,611.81 |
| 02/17 | CON ED OF NY | XXXXXXXXXX | | 8,526.90- | 37,084.91 |
| 02/17 | CON ED OF NY | XXXXXXXXXX | | 2,664.43- | 34,420.48 |
| 02/17 | CON ED OF NY | XXXXXXXXXX | | 984.73- | 33,435.75 |
| 02/17 | Capitol Sprinkle | SIGONFILE | | 453.64- | 32,982.11 |
| 02/23 | Deposit | | 52,500.00 | | 85,482.11 |
| 02/24 | FIRST INSURANCE | #INSURANCE | | 15,121.75- | 70,360.36 |
| 02/24 | CON ED OF NY | #XXXXXXXXXX | | 2,255.68- | 68,104.68 |
| 02/24 | CON ED OF NY | #XXXXXXXXXX | | 570.54- | 67,534.14 |
| 02/24 | CON ED OF NY | #XXXXXXXXXX | | 532.96- | 67,001.18 |

## Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 02/06 | 273 | 489.94 | 02/09 | 275 | 802.35 |
| 02/03 | 274 | 3,802.59 | 02/14 | 279* | 866.65 |

(*) Check Numbers Missing

## Account Summary

Previous Statement Date: 01/31/23

| Beginning Balance + | Deposits + | Interest Paid - | Withdrawals - | Service Charge = | Ending Balance |
|---|---|---|---|---|---|
| 46,813.92 | 87,742.88 | .00 | 67,555.62 | .00 | 67,001.18 |

Statement from 02/01/23 Thru 02/28/23
------ Continued on next page ------

# Aged Receivables

Age As Of: 02/28/2023  Post To: 02/2023

Page 1

| Property | Unit | Resident | Name | Total Unpaid Charges | 0-30 days | 31-60 days | 61-90 days | Over 90 days | Prepays | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 9201 | 263-200A | t0001780 | Gary Kauget, PC . (Current) | 49,530.81 | 6,659.26 | 6,659.26 | 6,659.26 | 29,553.03 | 0.00 | 49,530.81 |
| 9201 | 263-2R | t0001782 | Jewish BD of Family & Children (Current) | 252,010.42 | 22,252.87 | 22,252.87 | 22,252.87 | 185,251.81 | 0.00 | 252,010.42 |
| 9201 | 263-4L | t0001781 | Janney Montgomery Scott (Current) | 0.00 | 708.03 | 708.03 | 708.03 | -2,124.09 | 0.00 | 0.00 |
| 9201 | 263-4R | t0001779 | Christiana Capital, LLC . (Current) | 11,733.94 | 5,622.77 | 5,459.00 | 0.00 | 652.17 | 0.00 | 11,733.94 |
| 9201 | 263-501 | t0001783 | Dr. Lee Loewinger (Current) | 20,090.84 | 3,914.33 | 3,914.33 | 3,914.33 | 8,347.85 | 0.00 | 20,090.84 |
| 9201 | 263-5L | t0001778 | Baltic Street AEH, Inc. . (Current) | 10,432.52 | 8,773.93 | 1,590.09 | 0.00 | 68.50 | 0.00 | 10,432.52 |
| 9201 | 263-5R | t0001785 | Ridge Abstract Corp. (Current) | 94,618.07 | 11,914.87 | 11,914.87 | 11,914.87 | 58,873.46 | 0.00 | 94,618.07 |
| 9201 | 263-6L | t0001777 | Home Life Services, Inc . (Current) | 101,131.58 | 14,901.36 | 14,901.36 | 14,901.36 | 56,427.50 | 0.00 | 101,131.58 |
| 9201 | 263-GARA | t0001786 | PPS 9201 LLC . (Current) | 455,000.00 | 25,625.00 | 25,625.00 | 25,625.00 | 378,125.00 | 0.00 | 455,000.00 |
| 9201 | 263-GR | t0001789 | Pizzeria Uno Restaurant (Current) | 816,378.18 | 17,841.67 | 17,841.67 | 17,841.67 | 762,853.17 | 0.00 | 816,378.18 |
| 9201 | 263-RMET | t0001788 | Metro PCS (Current) | -290.35 | 0.00 | 0.00 | 0.00 | -290.35 | -1,483.10 | -1,773.45 |
| 9201 | 263-UPS | t0001799 | UPS . (Current) | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 |
| 9201 | 718 | t0001855 | American Hope Home Care SVC INC . (Current) | 4,000.00 | 800.00 | 800.00 | 800.00 | 1,600.00 | 0.00 | 4,000.00 |
| 9201 | | | | 1,814,886.01 | 119,014.09 | 111,666.48 | 104,617.39 | 1,479,588.05 | -1,483.10 | 1,813,402.91 |

Friday, March 31, 2023
10:57 AM

# Expense Distribution (Paid Only)

Page 1

9201

Period: From 02/2023 to 02/2023

| Account Code | Account Name | Payee Code | Payee Name | Payable Control | Batch | Property | Invoice # | Invoice Date | Period | Payment method | Amount | Check Control | Check # | Check Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ 00 | Electricity | | | | | | | | | | | | | | |
| | | v0000006 | Con Edison | P-68718 | 32828 | 9201 | 022823 | 02/28/2023 | 02/2023 | Check | 25,265.24 | K-62862 | 22823 | 02/28/2023 | Feb Con Ed payments |
| | | v0000006 | Con Edison | P-68721 | 32830 | 9201 | 0228231 | 02/28/2023 | 02/2023 | Check | 270.00 | K-62877 | 21523 | 02/28/2023 | |
| Total ■ 00 | | | | | | | | | | | 25,535.24 | | | | |
| ■ 00 | Gas  (Heating) | | | | | | | | | | | | | | |
| | | v0000121 | National Grid | P-68716 | 32828 | 9201 | 020323 | 02/03/2023 | 02/2023 | Check | 4,278.00 | K-62863 | 21923 | 02/28/2023 | Feb National Grid |
| Total ■ 00 | | | | | | | | | | | 4,278.00 | | | | |
| ■ 00 | Insurance (Liab & PD) | | | | | | | | | | | | | | |
| | | v0000193 | First Insurance Funding Corp. Of New York | P-67352 | 32198 | 9201 | 1359176 02/10/2023 | 02/10/2023 | 02/2023 | Check | 15,121.75 | K-61767 | 294 | 02/26/2023 | Insurance SSP1507545-01-P-XL-P70001385-1 AES1209773-01 |
| | | v0000193 | First Insurance Funding Corp. Of New York | P-68717 | 32828 | 9201 | 021423 | 02/14/2023 | 02/2023 | Check | 15,877.84 | K-62864 | 22023 | 02/28/2023 | Feb payment |
| Total ■ 00 | | | | | | | | | | | 30,999.59 | | | | |
| ■ 00 | Elevator Maintenance | | | | | | | | | | | | | | |
| | | v0001188 | Lift Elevator LLC | P-66963 | 31996 | 9201 | 008327 | 02/11/2023 | 02/2023 | Check | 1,131.76 | K-61443 | 290 | 02/11/2023 | Monthly maintenance Feb. 2023 |
| Total ■ 00 | | | | | | | | | | | 1,131.76 | | | | |
| ■ 00 | Plumbing Repairs | | | | | | | | | | | | | | |
| | | v0001114 | CBB Plumbing Corp | P-66946 | 31979 | 9201 | 20575473 | 02/11/2023 | 02/2023 | Check | 1,250.00 | K-61417 | 289 | 02/11/2023 | After hrs emergency |
| Total ■ 00 | | | | | | | | | | | 1,250.00 | | | | |
| ■ 00 | Sprinkler Repairs | | | | | | | | | | | | | | |
| | | v0001359 | CAPITOL | P-68719 | 32828 | 9201 | 021723 | 02/17/2023 | 02/2023 | Check | 453.64 | K-62866 | 21723 | 02/28/2023 | 21723 |
| Total ■ 00 | | | | | | | | | | | 453.64 | | | | |
| ■ 00 | Roofing Repairs | | | | | | | | | | | | | | |
| | | v0000158 | US ShelTech NY Inc. | P-67349 | 32195 | 9201 | 1214 Proposal | 02/23/2023 | 02/2023 | Check | 4,900.00 | K-61714 | 292 | 02/23/2023 | 6th & 7th floor Roof Leak Repair on 4th Ave. side of building |
| | | v0000158 | US ShelTech NY Inc. | P-67349 | 32195 | 9201 | 1214 Proposal | 02/23/2023 | 02/2023 | Check | 4,900.00 | K-62154 | 298 | 03/08/2023 | 6th & 7th floor Roof Leak Repair on 4th Ave. side of building |
| Total ■ 00 | | | | | | | | | | | 9,800.00 | | | | |
| ■ 00 | Carpet Repair | | | | | | | | | | | | | | |
| | | v0000013 | Just Renovations & GC, LLC | P-67350 | 32196 | 9201 | 9201 4th Avenue | 02/23/2023 | 02/2023 | Check | 6,250.00 | K-62867 | 305 | 03/29/2023 | 9201 4th 7th&8th fl. Carpet, drywall, insulation,mold remediation |

# Expense Distribution (Paid Only)

Page 2

9201

Period: From 02/2023 to 02/2023

| Account Code | Account Name | Payee Code | Payee Name | Payable Control | Batch | Property | Invoice # | Invoice Date | Period | Payment method | Amount | Check Control | Check # | Check Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | v0000013 | Just Renovations & GC, LLC | P-67350 | 32196 | 9201 | 9201 4th Avenue | 02/23/2023 | 02/2023 | Check | 29,147.60 | K-61715 | 293 | 02/23/2023 | 9201 4th 7th&8th fl. Carpet, drywall, insulation, mold remediation |
| Total ▓ 00 | | | | | | | | | | | 35,397.60 | | | | |
| ▓ 00 | Telephone / Internet | | | | | | | | | | | | | | |
| | | v0000204 | Verizon | P-68715 | 32828 | 9201 | 020123 | 02/01/2023 | 02/2023 | Check | 327.62 | K-62865 | 21823 | 02/28/2023 | |
| Total ▓ 00 | | | | | | | | | | | 327.62 | | | | |
| Grand Total | | | | | | | | | | | 109,173.45 | | | | |

# Payables Aging Report

Page 1

9201

Period: 02/2023

As of : 02/28/2023

| Property Code | Property Name | Payee Code | Payee Name | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed |
|---|---|---|---|---:|---:|---:|---:|---:|
| 9201 | Gregory M. LaSpina as Receiver | | | | | | | |
| | | v0000006 | Con Edison | 10,000.00 | 0.00 | 0.00 | 10,000.00 | 0.00 |
| | | v0000013 | Just Renovations & GC, LLC | 29,147.60 | 29,147.60 | 0.00 | 0.00 | 0.00 |
| | | v0000158 | US ShelTech NY Inc. | 25,000.00 | 4,900.00 | 0.00 | 0.00 | 20,100.00 |
| | | v0000162 | Diekin Aire Inc. | 11,300.00 | 0.00 | 0.00 | 0.00 | 11,300.00 |
| | | v0000164 | Angelo Lelcaj Corp. | 11,850.00 | 0.00 | 0.00 | 0.00 | 11,850.00 |
| | | v0000193 | First Insurance Funding Corp. Of New York | 27,872.68 | 0.00 | 0.00 | 0.00 | 27,872.68 |
| | | v0001188 | Lift Elevator LLC | 2,700.00 | 0.00 | 0.00 | 0.00 | 2,700.00 |
| | | v0001196 | Century Waste Services, LLC | 2,702.07 | 0.00 | 0.00 | 2,702.07 | 0.00 |
| | | v0001201 | Gunzer Electric | 13,777.50 | 0.00 | 0.00 | 0.00 | 13,777.50 |
| **Total 9201** | | | | **134,349.85** | **34,047.60** | **0.00** | **12,702.07** | **87,600.18** |
| **Grand Total** | | | | **134,349.85** | **34,047.60** | **0.00** | **12,702.07** | **87,600.18** |

# Receipts by Tenant Report

Page 1

Property=9201  AND mm/yy=02/2023-02/2023

| Code | Status | Tran # | Date | Month | Account | AR Acct | Amount | Remarks |
|---|---|---|---|---|---|---|---:|---|
| **., Gary Kauget, PC** | | | | | | | | |
| t0001780 - 9201 - 263-200A | Current | R-96175 | 02/16/2023 | 02/2023 | | | 2,722.04 | |
| t0001780 - 9201 - 263-200A | Current | R-96175 | 02/16/2023 | 02/2023 | | | 3,743.27 | |
| **Total ., Gary Kauget, PC** | | | | | | | **6,465.31** | |
| | | | | | | | | |
| **Montgomery Scott, Janney** | | | | | | | | |
| t0001781 - 9201 - 263-4L | Current | R-95395 | 02/01/2023 | 02/2023 | | | 450.85 | |
| t0001781 - 9201 - 263-4L | Current | R-95395 | 02/01/2023 | 02/2023 | | | 126.99 | |
| t0001781 - 9201 - 263-4L | Current | R-95395 | 02/01/2023 | 02/2023 | | | 130.19 | |
| t0001781 - 9201 - 263-4L | Current | R-95395 | 02/01/2023 | 02/2023 | | | 10,075.70 | |
| t0001781 - 9201 - 263-4L | Current | R-98462 | 02/22/2023 | 02/2023 | | | 414.56 | :Prog Gen credit application |
| t0001781 - 9201 - 263-4L | Current | R-98462 | 02/22/2023 | 02/2023 | | | -414.56 | :Prog Gen credit application |
| **Total Montgomery Scott, Janney** | | | | | | | **10,783.73** | |
| | | | | | | | | |
| **., Christiana Capital, LLC** | | | | | | | | |
| t0001779 - 9201 - 263-4R | Current | R-95826 | 02/09/2023 | 02/2023 | | | 3,641.00 | |
| t0001779 - 9201 - 263-4R | Current | R-95826 | 02/09/2023 | 02/2023 | | | 1,818.00 | |
| t0001779 - 9201 - 263-4R | Current | R-98463 | 02/22/2023 | 02/2023 | | | -3,641.00 | :Prog Gen credit application |
| t0001779 - 9201 - 263-4R | Current | R-98463 | 02/22/2023 | 02/2023 | | | 3,641.00 | :Prog Gen credit application |
| t0001779 - 9201 - 263-4R | Current | R-98464 | 02/22/2023 | 02/2023 | | | -1,659.00 | :Prog Gen credit application |
| t0001779 - 9201 - 263-4R | Current | R-98464 | 02/22/2023 | 02/2023 | | | 1,659.00 | :Prog Gen credit application |
| t0001779 - 9201 - 263-4R | Current | R-98465 | 02/22/2023 | 02/2023 | | | -3,800.00 | :Prog Gen credit application |
| t0001779 - 9201 - 263-4R | Current | R-98465 | 02/22/2023 | 02/2023 | | | 3,800.00 | :Prog Gen credit application |
| **Total ., Christiana Capital, LLC** | | | | | | | **5,459.00** | |
| | | | | | | | | |
| **., Baltic Street AEH, Inc.** | | | | | | | | |
| t0001778 - 9201 - 263-5L | Current | R-95827 | 02/09/2023 | 02/2023 | | | 4,278.07 | |
| t0001778 - 9201 - 263-5L | Current | R-95827 | 02/09/2023 | 02/2023 | | | 4,495.86 | |
| t0001778 - 9201 - 263-5L | Current | R-98466 | 02/22/2023 | 02/2023 | | | -2,687.98 | :Prog Gen credit application |
| t0001778 - 9201 - 263-5L | Current | R-98466 | 02/22/2023 | 02/2023 | | | 2,687.98 | :Prog Gen credit application |
| **Total ., Baltic Street AEH, Inc.** | | | | | | | **8,773.93** | |
| | | | | | | | | |
| **PCS, Metro** | | | | | | | | |
| t0001788 - 9201 - 263-RMET | Current | R-94790 | 02/01/2023 | 02/2023 | | | 1,483.10 | :Prog Gen prepayment transfer |
| t0001788 - 9201 - 263-RMET | Current | R-94790 | 02/01/2023 | 02/2023 | | | -1,483.10 | :Prog Gen prepayment transfer |
| t0001788 - 9201 - 263-RMET | Current | R-95828 | 02/09/2023 | 02/2023 | | | 1,477.81 | |
| t0001788 - 9201 - 263-RMET | Current | R-95828 | 02/09/2023 | 02/2023 | | | 120.27 | |
| t0001788 - 9201 - 263-RMET | Current | R-95828 | 02/09/2023 | 02/2023 | | | 1,362.83 | |
| **Total PCS, Metro** | | | | | | | **2,960.91** | |
| | | | | | | | | |
| **Business Improvement District, 86th...** | | | | | | | | |

# Receipts by Tenant Report

Page 2

Property=9201  AND mm/yy=02/2023-02/2023

| Code | Status | Tran # | Date | Month | Account | AR Acct | Amount | Remarks |
|---|---|---|---|---|---|---|---:|---|
| t0001809 - 9201 - 715 | Current | R-98468 | 02/22/2023 | 02/2023 | | | -1,000.00 | :Prog Gen credit application |
| t0001809 - 9201 - 715 | Current | R-98468 | 02/22/2023 | 02/2023 | | | 1,000.00 | :Prog Gen credit application |
| t0001809 - 9201 - 715 | Current | R-98469 | 02/22/2023 | 02/2023 | | | -1,000.00 | :Prog Gen credit application |
| t0001809 - 9201 - 715 | Current | R-98469 | 02/22/2023 | 02/2023 | | | 1,000.00 | :Prog Gen credit application |
| **Total Business Improvement District...** | | | | | | | **0.00** | |
| | | | | | | | | |
| **., American Hope Home Care SVC INC** | | | | | | | | |
| t0001855 - 9201 - 718 | Current | R-94984 | 01/27/2023 | 02/2023 | | | 800.00 | Reversed by ctrl# 95939 Post to co... |
| t0001855 - 9201 - 718 | Current | R-95939 | 02/10/2023 | 02/2023 | | | -800.00 | :Prog Gen Reverses receipt Ctrl# 9... |
| t0001855 - 9201 - 718 | Current | R-96174 | 02/16/2023 | 02/2023 | | | 800.00 | |
| **Total ., American Hope Home Car...** | | | | | | | **800.00** | |
| | | | | | | | | |
| | | | | | | | 35,242.88 | |

Friday, March 31, 2023<br>10:53 AM

# Rent Roll with Lease Charges

Gregory M. LaSpina as Receiver (9201)

As Of = 02/28/2023

Month Year = 02/2023

Page 1

| Unit | Unit Type | Unit Sq Ft | Resident | Name | Market Rent | Charge Code | Amount | Resident Deposit | Other Deposit | Move In | Lease Expiration | Move Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice/Vacant Residents** | | | | | | | | | | | | | |
| 263-1L | NoMarket | 0.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| 263-1R | NoMarket | 3,000.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| 263-200 | NoMarket | 3,000.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| 263-200A | NoMarket | 3,000.00 | t0001780 | Gary Kauget, PC . | 0.00 | resrent | 6,659.26 | 0.00 | 0.00 | 6/1/2018 | 5/31/2023 | | 49,530.81 |
| | | | | | | Total | 6,659.26 | | | | | | |
| 263-2R | NoMarket | 3,000.00 | t0001782 | Jewish BD of Family & Children | 0.00 | resrent | 21,313.83 | 0.00 | 0.00 | 4/1/2015 | 3/31/2025 | | 252,010.42 |
| | | | | | | pelec | 719.43 | | | | | | |
| | | | | | | pfuelgs | 219.61 | | | | | | |
| | | | | | | Total | 22,252.87 | | | | | | |
| 263-300 | NoMarket | 3,000.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| 263-3L | NoMarket | 3,000.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| 263-4L | NoMarket | 3,000.00 | t0001781 | Janney Montgomery Scott | 0.00 | resrent | 10,075.70 | 0.00 | 0.00 | 6/1/2021 | 5/31/2024 | | 0.00 |
| | | | | | | miscten | 581.04 | | | | | | |
| | | | | | | miscten | 126.99 | | | | | | |
| | | | | | | Total | 10,783.73 | | | | | | |
| 263-4R | NoMarket | 3,000.00 | t0001779 | Christiana Capital, LLC . | 0.00 | resrent | 5,622.77 | 0.00 | 0.00 | 1/22/2021 | 1/31/2026 | | 11,733.94 |
| | | | | | | Total | 5,622.77 | | | | | | |
| 263-4RA | NoMarket | 3,000.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| 263-501 | NoMarket | 3,000.00 | t0001783 | Dr. Lee Loewinger | 0.00 | resrent | 3,914.33 | 0.00 | 0.00 | 12/1/2012 | 11/30/2022 | | 20,090.84 |
| | | | | | | Total | 3,914.33 | | | | | | |
| 263-501A | NoMarket | 3,000.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |

Friday, March 31, 2023
10:56 AM

N/A

# Rent Roll with Lease Charges

Page 2

Gregory M. LaSpina as Receiver (9201)

As Of = 02/28/2023

Month Year = 02/2023

| Unit | Unit Type | Unit Sq Ft | Resident | Name | Market Rent | Charge Code | Amount | Resident Deposit | Other Deposit | Move In | Lease Expiration | Move Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Total | 0.00 | | | | | | |
| 263-5L | NoMarket | 3,000.00 | t0001778 | Baltic Street AEH, Inc. . | 0.00 | resrent | 8,773.93 | 0.00 | 0.00 | 11/1/2018 | 10/31/2023 | | 10,432.52 |
| | | | | | | Total | 8,773.93 | | | | | | |
| 263-5R | NoMarket | 3,000.00 | t0001785 | Ridge Abstract Corp. | 0.00 | resrent | 11,914.87 | 0.00 | 0.00 | 10/1/2017 | 9/30/2027 | | 94,618.07 |
| | | | | | | Total | 11,914.87 | | | | | | |
| 263-6L | NoMarket | 3,000.00 | t0001777 | Home Life Services, Inc . | 0.00 | resrent | 14,901.36 | 0.00 | 0.00 | 3/1/2020 | 2/28/2030 | | 101,131.58 |
| | | | | | | Total | 14,901.36 | | | | | | |
| 263-6R | NoMarket | 3,000.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| 263-7F | NoMarket | 3,000.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| 263-B | NoMarket | 3,000.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| 263-GARA | NoMarket | 3,000.00 | t0001786 | PPS 9201 LLC . | 0.00 | resrent | 25,625.00 | 0.00 | 0.00 | 6/1/2021 | 6/30/2041 | | 455,000.00 |
| | | | | | | Total | 25,625.00 | | | | | | |
| 263-GL | NoMarket | 3,000.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| 263-GR | NoMarket | 3,000.00 | t0001789 | Pizzeria Uno Restaurant | 0.00 | resrent | 17,500.00 | 0.00 | 0.00 | 2/1/2015 | 1/31/2025 | | 816,378.18 |
| | | | | | | putil | 341.67 | | | | | | |
| | | | | | | Total | 17,841.67 | | | | | | |
| 263-RMET | NoMarket | 3,000.00 | t0001788 | Metro PCS | 0.00 | resrent | 2,960.91 | 0.00 | 0.00 | 9/1/2010 | 8/31/2025 | | -1,773.45 |
| | | | | | | Total | 2,960.91 | | | | | | |
| 263-RNOR | NoMarket | 3,000.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| 263-UPS | NoMarket | 3,000.00 | t0001799 | UPS . | 0.00 | | 0.00 | 0.00 | 0.00 | 7/1/2021 | 6/30/2025 | | 250.00 |
| | | | | | | Total | 0.00 | | | | | | |

Friday, March 31, 2023
10:56 AM

# Rent Roll with Lease Charges

Gregory M. LaSpina as Receiver (9201)

As Of = 02/28/2023

Month Year = 02/2023

| Unit | Unit Type | Unit Sq Ft | Resident | Name | Market Rent | Charge Code | Amount | Resident Deposit | Other Deposit | Move In | Lease Expiration | Move Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 715 | NoMarket | 0.00 | t0001809 | 86th Street Business Improvement District | 0.00 | resrent | 1,000.00 | 0.00 | 0.00 | 1/1/2021 | 12/31/2023 | | 0.00 |
| | | | | | | Total | 1,000.00 | | | | | | |
| 718 | NoMarket | 0.00 | t0001855 | American Hope Home Care SVC INC . | 0.00 | resrent | 800.00 | 0.00 | 0.00 | 1/1/2019 | 12/31/2023 | | 4,000.00 |
| | | | | | | Total | 800.00 | | | | | | |
| | | | Total | Gregory M. LaSpina as Receiver(9201) | 0.00 | | 133,050.70 | 0.00 | 0.00 | | | | 1,813,402.91 |

| Summary Groups | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposits | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Current/Notice/Vacant Residents | 69,000.00 | 0.00 | 133,050.70 | 0.00 | 0.00 | 26 | 53.84 | 52.17 | 1,813,402.91 |
| Future Residents/Applicants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | | | 0.00 |
| Occupied Units | 36,000.00 | 0.00 | | | | 14 | 53.84 | 52.17 | |
| Total Non Rev Units | 0.00 | 0.00 | | | | 0 | 0.00 | 0.00 | |
| Total Vacant Units | 33,000.00 | 0.00 | | | | 12 | 46.15 | 47.82 | |
| Totals: | 69,000.00 | 0.00 | 133,050.70 | 0.00 | 0.00 | 26 | 100.00 | 100.00 | 1,813,402.91 |

**Summary of Charges by Charge Code (Current/Notice Residents Only)**

| Charge Code | Amount |
|---|---|
| resrent | 131061.96 |
| pelec | 719.43 |
| pfuelgs | 219.61 |
| miscten | 708.03 |
| putil | 341.67 |
| Total | 133,050.70 |