UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                    Chapter 11

SPL PARTNERS LLC,                                          Case No. 21-42248 (ESS)

                            Debtor.
---------------------------------------------------------------X

## NOTICE OF CREDIT BID

PLEASE TAKE NOTICE THAT Signature Lien Acquisitions III LLC ("Signature") hereby exercises it credit bid rights to purchase the property of SPL Partners LLC, the debtor herein, at 9201 4th Avenue, New York, New York 11209 free and clear of all liens, claims and encumbrances except to the extent of any surviving mortgage liens held by Signature for the full amount of its allowed secured claim in the amount of $25,080,894.23, pursuant to the Order of Confirmation entered herein [ECF No. 184] and in compliance with the bidding procedures approved by Order of this Court dated March 24, 2023 [ECF No. 197].

Dated: New York, NY
        April 13, 2023

                                          Goldberg Weprin Finkel Goldstein LLP
                                          *Attorneys for Signature Lien Acquisitions III LLC*
                                          1501 Broadway, 22nd Floor
                                          New York, New York 10036
                                          (212) 221-5700

                                          By:   /s/ J. Ted Donovan, Esq.