UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                          Chapter 11

SPL PARTNERS LLC,                                                Case No. 21-42248 (ESS)

                                        Debtor.
---------------------------------------------------------------x

## NOTICE OF BIDDING RESULTS AND CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE** that on behalf of the debtor herein, SPL Partners LLC (the "Debtor"), Signature Lien Acquisitions III LLC ("Signature") solicited bids for the sale of the Debtor's real property located at 9201 4th Avenue, New York, New York 11209 (the "Property") pursuant to the Order entered herein [ECF No. 184] confirming the Debtor's Chapter 11 Plan of Reorganization and in accordance with the bidding procedures approved by Order of this Court dated March 24, 2023 [ECF No. 197].

On April 13, 2023, Signature filed a notice of its exercise of its rights to credit bid the full amount its allowed secured claim in the amount of $25,080,894.23 [ECF No. 201]. No other party complied with the requirements to become a Qualified Bidder prior to the established bid deadline of April 13, 2023 at 4:00 p.m.

Accordingly, the Auction scheduled for April 14, 2023 is hereby cancelled and Signature is declared the successful bidder for the Property.

Dated: New York, New York
           April 13, 2023                      Goldberg Weprin Finkel Goldstein LLP
                                                         Attorneys for Signature
                                                         1501 Broadway, 22nd Floor
                                                         New York, New York 10036
                                                         (212) 221-5700

                                                         By:    /s/ J. Ted Donovan, Esq.

To All Creditors and Parties-in-Interest Via ECF Filing